UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ODIS DAVID SMITH #82469**                               **CIVIL ACTION**

**versus**                                                **NO. 06-0267**

**STATE OF LOUISIANA**                                    **SECTION: "R" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Motion to the Court to Exercise Its Supervisory Authority," Rec. Doc. 5, is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's "Petition for a Writ of Certiorari," Rec. Doc. 4, is **DISMISSED**.

New Orleans, Louisiana, this 7th day of June, 2006.

*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**